UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIA ROSADO, et als.
V.
HON. JOSE G. RODRIGUEZ, et als.

WILSON SEDA VASALLO
V.
HON. JOSE G. RODRIGUEZ et als

EDISON LARACUENTE PABON
V.
HON. JOSE G. RODRIGUEZ et als

PEDRO E. BELLO BORNARD, et als
V.
HON. JOSE G. RODRIGUEZ et als

CASE NUMBER: 98-1065 (DRD)
Consolidated with:
98-1557 (RLA)
98-1477 (RLA)
99-1004 (DRD)

*RECEIVED AND FILED*
*99 OCT -5 AM 8:05*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

## ORDER

Pursuant to co-defendants's motion requesting scheduling conference under Rule 16 (b) (Docket No. 33), further scheduling and case management conference is set for October 20, 1999 at 4:30 p.m. Counsel for all parties must be prepared to discuss any pending matters and to plan the management of this case.

Counsel Gloria Robinson Guarch's motion to withdraw legal representation is **NOTED**. (Docket No. 35)

DATE: September 30, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N\98-1065 ISC

Rec'd:        EOD:

By: ___   # 37