# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: November 4, 1999

ANTONIA ROSADO, et al.,

    Plaintiffs

v.

HON. JOSE GUILLERMO RODRIGUEZ, et al.

    Defendants

CIVIL NO. 98-1065 (DRD)

---

**BY ORDER OF THE COURT**, the Initial Scheduling Conference which was not held on October 20, 1999 due to the tropical storm "José", is re-scheduled for **January 10, 2000 at 2:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED:

Israel Roldán, Esq.
Juan R. González Muñoz, Esq.
Marie Cortés Cortés, Esq. (DOJ)