UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**           DATE: January 10, 2000

**CIVIL NO. 98-1065 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

========================================================================

| ANTONIA ROSADO et al | Attorneys: |
| --- | --- |
| | Israel Roldan - not present |
| Plaintiffs | |
| v. | |
| HON. JOSE GUILLERMO RODRIGUEZ et al | Juan González Muñoz; |
| | Pablo Montaner Cordero; |
| Defendants | Marie Cortes |

========================================================================

Initial Scheduling Conference was scheduled for today but could not be duly held because of the absence of Counsel for Plaintiffs, Israel Roldan. Said conference is rescheduled for **January 31, 2000, at 5:00 p.m.** Counsel Israel Roldan is to show cause within **ten (10) days** why he did not appear at the Initial Scheduling Conference of today.

Counsel Pablo Montaner Cordero is incorporated to the case and must be included as attorney on the record.

LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1065.MEM