# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Date: January 31, 2000

| | |
|---|---|
| ANTONIO ROSADO, et al. | CIVIL NO. 98-1065 (DRD) |
| Plaintiffs | |
| v. | |
| JOSE RODRIGUEZ, et al. | |
| Defendants | |

BY ORDER OF THE COURT, the Initial Scheduling Conference set for today is re-set for **February 3, 2000 at 2:00 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified by telephone & mail:

Israel Roldán, Esq.
Juan González Muñoz, Esq.
Pablo Montaner, Esq.