UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**           DATE: February 3, 2000

**CIVIL NO. 98-1065 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

===================================================================

| | |
|---|---|
| ANTONIO ROSADO, et al. | <u>Attorneys</u>:  Israel ROLDAN |
| Plaintiffs | |
| v. | |
| JOSE RODRIGUEZ, et al. | Juan GONZALEZ MUÑOZ<br>Pablo MONTANER<br>Marie CORTES |
| Defendants | |

===================================================================

FURTHER INITIAL SCHEDULING CONFERENCE is held.  The parties inform that there is still factual and or partial discovery pending to be performed.  There are seventy-nine plaintiffs still pending in the case.  There will be no expert testimony in the case.  Interrogatories and requests for production of documents have been exchanged.  In light of the discovery still outstanding in the case, the parties jointly request until May 30, 2000 to conclude all discovery matters.

The Court believes the extension requested by the parties is unreasonable, not enough time, and sets **August 30, 2000** as discovery cut-off date.  THERE WILL BE NO FURTHER EXTENSIONS.

The parties are granted until **October 30, 2000** for filing dispositive motions, if any.

Settlement Conference is set for **November 28, 2000 at 1:30 P.M.**

Attorney Muñoz advises the Court that in the case of Laracuente Pabón v. Rodríguez,

MINUTES CIVIL NO. 98-1065 (DRD)                                          PAGE 2

Civil No. 98-1477, which was de-consolidated and closed through a Judgment based on a Settlement Agreement, defendants have filed a Motion for Reconsideration of Settlement Agreement. Attorney María Judith Surillo is ordered to state her position regarding this motion. Once the case is referred to the Court he will deal with the matter. The Dept. of Justice wants the matter to be clarified. Counsel for the Dept. of Justice is to submit a proposed form of order.

_____
COURTROOM DEPUTY

s/c: Counsel of record