UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) ANTONIA ROSADO, ET AL.                CIVIL NO. 98-1065(DRD)

v.

Defendant(s) JOSE GUILLERMO RODRIGUEZ, ET AL.

*RECEIVED AND FILED 00 AUG 16 AM 10:12 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

### MOTION

| | |
|---|---|
| Docket entry no. 48. | ❏ GRANTED. |
| Date: August 3, 2000. | ❏ DENIED. |
| Title: JOINT MOTION REQUESTING URGENT STATUS CONFERENCE. | ❏ MOOT. |
| | ❏ NOTED. |

### ORDER

A STATUS CONFERENCE IS TO BE HELD ON AUGUST 16, 2000, AT 4:30 P.M. TO DISCUSS THE DELAY/OBSTRUCTION OF PLAINTIFF IN PROVIDING DISCOVERY AS ALLEGED BY DEFENDANT IN THEIR MOTION REQUESTING STATUS CONFERENCE (DOCKET NO. 48) AND TO DISCUSS AMENDMENTS TO THE MINUTES REQUESTED BY DEFENDANT JOSE GUILLERMO RODRIGUEZ, (DOCKET NO. 46).

IT IS SO ORDERED.

Date: August 14, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE