UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: August 16, 2000 |

**CIVIL NO. 98-1065 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

===================================================================

| | |
|---|---|
| ANTONIO ROSADO, et al. | Attorneys: NO SHOW |
| Plaintiffs | |
| v. | |
| JOSE RODRIGUEZ, et al. | Juan GONZALEZ MUÑOZ |
| | Marie CORTES CORTES |
| Defendants | |

===================================================================

A STATUS CONFERENCE was scheduled for today.  This conference was called by the Court because there was a Joint Motion filed to discuss the delay and obstruction of Plaintiffs in providing discovery (Docket No. 49). Although Defendants' counsel appeared, the Court waited until 6:30 p.m. and Plaintiffs' representative failed to show.

It came to the Court's attention the following day that the secretary of attorney Israel Roldán had called the Court's Courtroom Deputy, Janet González, to inform that she had been unable to reach attorney Roldán to notify him of today's conference and therefore would not be appearing.

Hence, today's Conference is re-set for **Wednesday, October 30, 2000 at 5:00 P.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of record (also notified by telephone)