UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: August 30, 2000
**CIVIL NO. 98-1065 (DRD)**

===============================================================

| ANTONIO ROSADO, et. al., | Attorney: Iván VEGA LASALLE |
| Plaintiffs, | Israel ROLDÁN GONZÁLEZ |
| v. | |
| JOSE RODRIGUEZ, et. al., | Juan GONZALEZ MUÑOZ |
| Defendants | Marie CORTÉS CORTÉS |

===============================================================

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court **ORDERS** the parties to comply with the following deadlines:

### DEADLINES

1) **Depositions**- All depositions will take place between October 4, 2000 and January 25, 2000.

2) **Informative motion**: Defendants are to file an informative motion with the Court regarding the status of the depositions.

3) **Dispositive motions** - All dispositive motions must be filed **before February 15, 2001**. Party filing an **Opposition Motion** shall be granted **(5) days to reply** to a dispositive motion.

**NO EXTENSIONS** shall be granted. All deadlines are **FINAL** and **FATAL**.

The **Pre-trial Conference** will be held in **March 1, 2001 at 4:30 p.m.**
The Parties are strongly encouraged to explore settlement. If no settlement is reached, the case will go to trial before **March 31, 2001**.
Counsel for Defendant, Marie Cortés Cortés informed the Court that during the month of March 2001 she is scheduled to try a case before Judge Gierbolini. If the case before Judge Gierbolini is disposed of, this case will continue as scheduled. However, if the case before Judge Gierbolini is not disposed of, trial dates will be rescheduled.

DANIEL R. DOMINGUEZ
U.S. District Judge

s/c: Counsel of record

P \MINUTES\98-1065 MEM