UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Wilem Seda-Vasallo

CIVIL NO. 98-1557 (DRD)
98-1065
98-1477
99-1004 (CONSOLIDATED)

v.

Defendant(s) Jose Guillermo Rodriguez, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 47 | ☒ GRANTED. |
| Date: 07/20/00 | ☐ DENIED. |
| Title: Motion Requesting Leave to Withdraw | ☐ MOOT. |
| | ☐ NOTED. |

The Court grants the withdrawal of Pablo H. Montaner Cordero as Counsel for defendants Hon. Jose Guillermo Rodriguez and Enrique Rosa Lopez. Defendants are granted the thirty (30) day extension requested in order for new counsel to appear. This order is to be notified to Hon.

José Guillermo Rodriguez.

RECEIVED AND FILED
00 OCT 27 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: 10/26/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE