UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON SEDA VASALLO, et al.,
v.
JOSE GUILLERMO RODRIGUEZ, et al.

CASE NUMBER: 98-1065 (DRD)
(Consolidated)

## ORDER

Pending before the Court is defendant, José Guillermo Rodríguez' Motion Requesting Clarification and Amendment to Court's "Minutes of Proceedings." (Docket No. 46). Defendant requests that it be clarified that defendant, José Guillermo Rodríguez had not been served with summons in the case of <u>Antonia Rosado v. José Guillermo Rodríguez</u>, Civ. No. 98-1065 (DRD). Defendant's motion states that

> "The case of <u>Antonia Rosado</u> has been consolidated with three other cases and it has fifty-four (54) plaintiffs. At the initial scheduling conference, the undersigned requested that this Honorable Court clarify that the appearing defendant is not a party in the case of <u>Antonia Rosado</u>. The fact that these cases were consolidated should not be interpreted as waiver of the appearing defendant to be a party with respect to the claims of plaintiffs in the case of <u>Antonia Rosado</u>. Since the undersigned expressed concern in this matter, this point should be clarified for the record."

(Docket No. 46).

Defendant's motion also requests the clarification of the subject of defendants' Motion for Reconsideration of Settlement Agreement filed by co-counsel for defendants, Maria Judith Surillo on behalf of her clients in the case of <u>Edison Laracuente v. José Guillermo Rodríguez</u>, Civ. No. 98-1477 (RLA). Defendant's motion states

> "At the conference, the undersigned explained to the Court that counsel Surillo could not attend the meeting because she is on vacation until March 14, 2000. The undersigned further stated that counsel Surillo, received a letter by attorney Juan R. González Muñoz whereby he offers an explanation concerning the subject of the settlement agreement, but that she was expecting the resolution of the motion that she filed on behalf of her clients. The undersigned requests that this matter be also clarified in the minutes."

(Docket No. 46). Defendant's motion is hereby **GRANTED** and the above mentioned points are clarified.

Finally, defendant requests notice that co-counsel Surillo Ascar will be on vacation on March 14, 2000, an that she will not be able to comply with the Court's order to state her position regarding the Motion for Reconsideration of the Settlement Agreement. In addition, counsel for defendant requests, on co-counsel Surillo Ascar's behalf, for an extension of ten (10) days or until March 26, 2000, to comply with the order. The Court takes **NOTICE** of the information provided regarding co-counsel Surillo Ascar and finds that the request for an extension of time for Surillo Ascar to comply with the Court's order is hereby **MOOT**.
IT IS SO ORDERED.

Date: November ___, 2000

N \98-1065 ord

DANIEL R. DOMINGUEZ
U.S. District Judge