UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIA ROSADO, et al.

v.                                                          Civ. No. 98-1065(DRD)

GUILLERMO RODRIGUEZ, Mayor
City of Mayaguez

### ORDER

By order of the Court a **SETTLEMENT CONFERENCE** is set for **February 22, 2001 at 4:30 p.m.** If a settlement is not reached, the parties must prepare for trial, which is set to commence on **March 15, 2001**.

IT IS SO ORDERED.

January 25, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge

