**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: February 23, 2001
**CIVIL NO. 98-1065 (DRD)**

===============================================================

**ANTONIA ROSADO, et al.,**                    Attorneys: Israel ROLDÁN
    Plaintiffs,
    v.
**JOSE GUILLERMO RODRIGUEZ, et al.,**          Marie CORTÉS CORTÉS
    Defendants.                         Juan R. GONZALEZ MUÑOZ

===============================================================

    A SETTLEMENT CONFERENCE was convened. The parties advised the Court as to the status of the case. A settlement could not be reached. Defendants informed the Court that a motion for summary judgment was filed with the Court. The Court grants plaintiffs **sixty (60) days** to oppose defendants' motion for summary judgment. Trial in this case will no longer be held on **March 15, 2001**, therefore, the trial date is to be rescheduled.

    Additionally, on February 21, 2001, defendants filed a Motion Requesting Leave to Consider Exhibits in Spanish for Purposes of Summary Judgment. (Docket No. 59). The motion is **GRANTED**. However, defendants are to provide translations to the documents within **ten (10) days** in case of an appeal.

P:\MINUTES\98-1065a
s/c: Counsel of record

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

