UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIA ROSADO, et al.,
Plaintiffs,

v.   Case Number: 98-1065(DRD)

JOSE G. RODRIGUEZ, et al.,
Defendants.

### ORDER

Pending before the Court are Docket Nos. 65, 67 and 69. The Court rules as follows:

| Docket No. | Ruling | Title |
| --- | --- | --- |
| 65 | MOOT | Informative Motion. |
| 67 | GRANTED | Motion to Join "Motion Opposing Plaintiffs' 'Informative Motion' and Reiterate Defendants' Request for Summary Judgment Adjudication." |

Defendants Hon. Jose Guillermo Rodriguez, Enrique Rosa Lopez, in their personal and official capacities, join co-defendant Municipality of Mayaguez's Motion Opposing Plaintiff's "Informative Motion" and defendant's request for summary judgment.

| 69 | GRANTED | Motion Requesting Leave to Consider Exhibits in Spanish for Purposes of Summary Judgment. |

Plaintiffs are forewarned that they are required to translate all documents and exhibits in Spanish, in the event that the above captioned case goes to trial and/or is appealed.

IT IS SO ORDERED.

July 24, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge