UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF PUERTO RICO

ANTONIA ROSADO, et al.,  
Plaintiffs,

v.                       Case Number: 98-1065(DRD)

JOSE G. RODRIGUEZ, et al.,  
Defendants.

### ORDER

Pending before the Court are Docket Nos. 70 and 71. The Court rules as follows:

| Docket No. | Ruling | Title |
|---|---|---|
| 70 | DENIED | Motion to Strike Plaintiffs' "Motion in Opposition to Summary Judgment." |
| 71 | NOTED/GRANTED | Motion Reiterating Defendants' Position or, In the Alternative, Request for Leave to File Reply Should this Honorable Court Considers Plaintiffs' Belated Opposition to Defendants' Motion for Summary Judgment. |

Defendants must file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment within **twenty (20) days** from receipt of this order.

IT IS SO ORDERED.

August 02, 2001.                          DANIEL R. DOMINGUEZ  
                                                                    U.S. District Judge