UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Antonia Rosado, et al.      CIVIL NO. 98-1065 (DRD)

v.

Defendant(s) Hon. José Guillermo Rodriguez, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 76 | ☑ GRANTED. |
| Date: Aug. / 27/ 2001. | ☐ DENIED. |
| Title: Motion Requesting Extension of Time to File Reply to Plaintiffs' Belated Opposition to Defendants' Motion for Summary Judgment | ☐ MOOT. |
| | ☐ NOTED. |
| Defendants are to file a reply to plaintiffs' opposition to defendant's Motion for Summary Judgment within (15) days from receipt of this Order. | |

IT IS SO ORDERED.

Date: August 13, 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE