UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIA ROSADO, et als.
Plaintiffs,

v.                                                                                          CASE NUMBER: 98-1065 (DRD)

JOSE GUILLERMO-RODRIGUEZ, et als.,
Defendant.

## ORDER

Before the Court are Docket Nos. 62 (Motion for Summary Judgment), 63 (Motion to Dismiss), 64 (Motion for Summary Judgment), 80 (Leave to File Reply) and 81 (Leave to File Answer).

Dockets Nos. 80 and 81 are **GRANTED**. Plaintiffs have 15 days to file their Reply and Answer, from the receipt of this order.

The Court hereby refers this case to U.S. Magistrate Judge Gustavo Gelpi for a Report and Recommendation on the remaining motions noted above. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Local Rule 503. The parties are reminded that any objections to the Magistrate's Report and Recommendation must be filed with the Clerk of Court "within ten (10) days afer being served with a copy thereof." Local Rule 510.2; see Local Rule 510.2(A); see also 28 U.S.C. § 636(b)(1).

**NO EXTENSIONS SHALL BE GRANTED.**

IT IS SO ORDERED.

Date: October 31, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By:            # 82

N:\98-1065 MRR.wpd