UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ANTONIA ROSADO, et als.,
    Plaintiffs,
v.

JOSE GUILLERMO RODRIGUEZ, et al.,
    Defendants.

CIVIL NO. 98-1065 (DRD)
Consolidated with Civil No. 98-1557; Civil No. 98-1477; and Civil No. 99-1004

## JUDGMENT

In accordance with the Opinion and Order issued on this same date, which the Court hereby incorporates, the two motions for Summary Judgment filed by Defendants (Docket Nos. 62 & 64), and Defendants' Motion to Dismiss (Docket No. 63), are hereby granted in favor of the Defendants. Thus, the consolidated cases, Civil No. 98-1065 (DRD), Civil No. 98-1557, Civil No. 98-1477, and Civil No. 99-1004 are all **DISMISSED WITH PREJUDICE**.

Date: March 28, 2002.

DANIEL R. DOMINGUEZ
**U.S. District Judge**