UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIA ROSADO, et als., : | CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>SAN JUAN, PR |
| Plaintiffs : | CIVIL NO. 98-1065 (DRD) |
| Vs. : | Consolidated with Civil No. |
| JOSE GUILLERMO RODRIGUEZ : | 98-1557; Civil No. 98-1477; |
| et als, : | and Civil No. 99-1004 |
| Defendants | |

RECEIPT # 125963
AMOUNT: $105.00

APR 22 2002
CASHIER SIGNATURE

NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW Plaintiff of caption, through the undersigned attorney, and very respectfully State, Allege and Pray:

1.- Notice is given that plaintiffs hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on March 28, 2002.

WHEREFORE, plaintiffs very respectfully request that this Honorable Court take notice of the above.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: That a true and exact copy of this motion has been sent by regular mail to: Marie Cortes, Esq., Federal Litigation Division, P.O. Box 9020192, San Juan, PR 00902-0192; Juan R. Gonzalez-Muñoz, Esq. PSC P.O. Box 9024055, San Juan, PR 00902-4055

c/s: Appeals Clerk
4/22/02

In Aguadilla, Puerto Rico, this 17th day of April, 2002.

                                                                                           */s/*

                                            **ISRAEL ROLDAN-GONZALEZ**
                                                      **USDC-PR No. 115602**
                                                      **44 Progreso Street**
                                                          **Aguadilla, PR 00603**
                                                         **Tel (787) 891-1359**